**UNITED STATES COURT APPEALS**
**FOR THE FIFTH CIRCUIT**

——————

**Case No. 25-40319**

——————

**Timothy Sewell,**

**Plaintiff - Appellee**

**v.**

**The Lincoln National Life Insurance Company,**

**Defendant - Appellant**

**STIPULATION OF VOLUNTARY**
**DISMISSAL PURSUANT TO FRAP 42(b)**

IT IS HEREBY STIPULATED by and between Plaintiff/Appellee Timothy Sewell and Defendant/Appellant The Lincoln National Life Insurance Company, by and through their respective counsel, that Defendant/Appellant's appeal be dismissed pursuant to FRAP 42(b), with prejudice, each party to bear her/its own costs and attorneys' fees.

Dated this 15th day of August 2025.

Respectfully submitted,

By: */s/ J. Price McNamara*
J. Price McNamara
(LA Bar No. 20291 & TX Bar No. 24084626)
10455 Jefferson Highway, Ste 130
Baton Rouge, LA 70809
Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

COUNSEL FOR PLAINTIFF/APPELLEE

**AND**

By:     /s/ Iwana Rademaekers
         Iwana Rademaekers, Attorney in Charge
         State Bar of Texas No. 16452560
         S.D. of Texas No. 22781
         LAW OFFICES OF IWANA
         RADEMAEKERS, P.C.
         17304 Preston Road, Suite 800
         Dallas, Texas 75252
         Main:  (214) 579-9319
         Fax:  (469) 444-6456
         Email:  iwana@rademaekerslaw.com

         COUNSEL FOR DEFENDANT/APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

J. PRICE McNAMARA
Email:  price@jpricemcnamara.com

         /s/ Iwana Rademaekers
         Iwana Rademaekers