# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 18, 2025

Mr. Nathan Ochsner
United States District Court
Southern District of Texas, Corpus Christi
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 25-40319    Sewell v. Lincoln National Life Ins
               USDC No. 2:23-CV-317

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Roeshawn Johnson, Deputy Clerk
    504-310-7998

cc:  Mr. John Price McNamara
     Ms. Iwana Rademaekers