# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2025

Lyle W. Cayce
Clerk

No. 25-40319

Timothy Sewell,

*Plaintiff—Appellee*,

*versus*

The Lincoln National Life Insurance Company,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:23-CV-317

_____

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of August 18, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT